# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

No. 15-1823          **Short Title:**

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Students for Fair Admissions, Inc. _____ as the

[ ] appellant(s)          [✓] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)         [ ] respondent(s)        [ ] intervenor(s)

_____          July 22, 2015_____
Signature                              Date

Paul M. Sanford_____
Name

Burns & Levinson LLP_____          401-831-8330_____
Firm Name (if applicable)               Telephone Number

1Citizens Plaza, Suite 1100___          401-831-8359_____
Address                                 Fax Number

Providence, RI 02903_____          psanford@burnslev.com_____
City, State, Zip Code                   Email (required)

Court of Appeals Bar Number: 38591_____

Has this case or any related case previously been on appeal?

[✓] No          [ ] Yes   Court of Appeals No._____

===============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).