# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

No. 15-1823    Short Title: Students for Fair Admissions v. President and Fellows

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

See attached _____ as the

[✓] appellant(s)     [ ] appellee(s)        [ ] amicus curiae

[ ] petitioner(s)    [ ] respondent(s)      [ ] intervenor(s)

_____         July 23, 2015
Signature                         Date

Jon M. Greenbaum
Name

Lawyers' Committee for Civil Rights       (202) 662-8315
Firm Name (if applicable)                 Telephone Number

1401 New York Avenue, NW                  (202) 783-0857
Address                                   Fax Number

Washington, DC 20005                      jgreenbaum@lawyerscommittee.org
City, State, Zip Code                     Email (required)

Court of Appeals Bar Number: 95913

Has this case or any related case previously been on appeal?

[✓] No       [ ] Yes   Court of Appeals No. _____

---

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

Clients: Sarah Cole, Fadhal Moore, Arjini Kumari Nawal, Itzel Vasquez-Rodriguez, Keyanna Wigglesworth, M.B., K.C., Y.D., G.E., A.G., I.G., R.H., J.L., and R.S.