# United States Court of Appeals
## For the First Circuit

### DOCKETING STATEMENT

No. 15-1823      Short Title: Students For Fair Admissions, Inc. v. President and Fellows of Harvard College

**Type of Action**

- [✓] Civil
- [ ] Criminal/Prisoner
- [ ] Cross Appeal

A. Timeliness of Appeal
   1. Date of entry of judgment or order appealed from June 15, 2015
   2. Date this notice of appeal filed July 13, 2015
      If cross appeal, date first notice of appeal filed_____
   3. Filing date of any post-judgment motion filed by any party which tolls time under Fed. R. App. P. 4(a)(4) or 4(b)_____
   4. Date of entry of order deciding above post-judgment motion_____
   5. Filing date of any motion to extend time under Fed. R. App. P. 4(a)(5), 4(a)(6) or 4(b)_____
      Time extended to_____

B. Finality of Order or Judgment
   1. Is the order or judgment appealed from a final decision on the merits?  [ ] Yes  [✓] No
   2. If no,
      a. Did the district court order entry of judgment as to fewer than all claims or all parties pursuant to Fed. R. C. P. 54(b)?  [ ] Yes  [ ] No
         If yes, explain_____
      b. Is the order appealed from a collateral or interlocutory order reviewable under any exception to the finality rule?  [✓] Yes  [ ] No
         If yes, explain This is an appeal of the denial of intervention as of right.

C. Has this case previously been appealed?  [ ] Yes  [✓] No
   If yes, give the case name, docket number and disposition of each prior appeal
   _____

D. Are any related cases or cases raising related issues pending in this court, any district court of this circuit, or the Supreme Court?  [ ] Yes  [✓] No
   If yes, cite the case and manner in which it is related on a separate page. If abeyance or consolidation is warranted, counsel must file a separate motion seeking such relief.

E. Were there any in-court proceedings below? ☐ Yes ☑ No
If yes, is a transcript necessary for this appeal? ☐ Yes ☑ No
If yes, is transcript already on file with district court? ☐ Yes ☑ No

F. List each adverse party to the appeal. If no attorney, give address and telephone number of the adverse party. Attach additional page if necessary.

1. Adverse party Students For Fair Admissions, Inc.
   Attorney William Consovoy, Thomas McCarthy, J. Michael Connolly
   Address 3033 Wilson Boulevard, Suite 700, Arlington, VA 22201
   Telephone (703) 243-4923

2. Adverse party President and Fellows of Harvard College
   Attorney Seth Waxman, Paul Wolfson
   Address 1875 Pennsylvania Ave. NW, Washington, D.C. 20006
   Telephone (202) 663-6800

3. Adverse party ___
   Attorney ___
   Address ___
   Telephone ___

G. List name(s) and address(es) of appellant(s) who filed this notice of appeal and appellant's counsel. Attach additional page if necessary.

1. Appellant's name Sarah Cole
   Address 9714 Shepherds Drive, Kansas City, MO 64131
   Telephone (816) 679-0308

   Attorney's name Jon M. Greenbaum
   Firm Lawyers' Committee for Civil Rights Under Law
   Address 1401 New York Ave. NW, Suite 400, Washington, D.C. 20005
   Telephone (202) 662-8600

2. Appellant's name Fadhal Moore
   Address 1235 Chaplin St. SE, Washington, D.C. 20019
   Telephone (678) 252-8385

   Attorney's name Jon M. Greenbaum
   Firm Lawyers' Committee for Civil Rights Under Law
   Address 1401 New York Ave. NW, Suite 400, Washington, D.C. 20005
   Telephone (202) 662-8600

Will you be handling the appeal? (In criminal cases counsel below will handle the appeal unless relieved by this court.) ☑ Yes ☐ No

## Additional Information for the U.S. Court of Appeals for the First Circuit

G. List name(s) and address(es) of appellant(s) who filed this notice of appeal and appellant's counsel. Attach additional page if necessary.

3. Appellant's name: Arjini Kumari Nawal
   Address: 837 Eastern Parkway, Brooklyn, NY 11213
   Telephone: (917) 374-0724

4. Appellant's name: Itzel Vasquez-Rodriguez
   Address: 537 Kirkland Mail Center, Cambridge, MA 02138
   Telephone: (562) 565-5584

5. Appellant's name: Keyanna Wigglesworth
   Address: 12 Cypress Road, Burlington, NJ 08016
   Telephone: (609) 500-2991

6. Appellant's initials (minors): M.B., K.C., Y.D., G.E., A.G., I.G., R.H., J.L., R.S.
   Address: N/A
   Telephone: N/A


Attorney's name for all appellants: Jon M. Greenbaum
Firm: Lawyers' Committee for Civil Rights Under Law
Address: 1401 New York Ave. NW, Suite 400, Washington, D.C. 20005
Telephone: (202) 662-8600

Fed. R. App. P. 12(b) provides that each attorney who files a notice of appeal must file with the clerk of the court of appeals a statement naming each party represented on appeal by that attorney. 1st Cir. R. 12.0 requires that statement in the form of an appearance.

Signature _____

Date _____7/28/15_____

**CERTIFICATE OF SERVICE**

In accordance with Local Rule 25, I hereby certify that this document filed through the ECF system on July 28, 2015 will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ Jon M. Greenbaum
Jon M. Greenbaum