# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name __Students For Fair Admissions, Inc. v. President and Fellows of Harvard College__

District Court Case No. __1:14-cv-14176__    District of Massachusetts ▼

Date Notice of Appeal filed __July 13, 2015__    Court of Appeals Case No. __15-1823__

Form filed on behalf of <sub>Sarah Cole, Fadhal Moore, Arjini Kumari Nawal, Itzel Vasquez-Rodriguez, Keyanna Wigglesworth, M.B., K.C., Y.D., G.E., A.G., I.G., R.H., J.L., R.S.</sub>

## TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal ✔

Transcript Already Filed in District Court. List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary) _____

## TRANSCRIPT ORDER

Name of Court Reporter _____
Phone Number of Reporter _____

A. _____ **This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:**

| PROCEEDING(S) | HEARING DATE(S) |
|---|---|
| ☐ Jury Voir Dire | |
| ☐ Opening Statement (plaintiff) | |
| ☐ Opening Statement (defendant) | |
| ☐ Trial | |
| ☐ Closing Argument (plaintiff) | |
| ☐ Closing Argument (defendant) | |
| ☐ Findings of Fact/Conclusions of Law | |
| ☐ Jury Instructions | |
| ☐ Change of Plea | |
| ☐ Sentencing | |
| ☐ Bail hearing | |
| ☐ Pretrial proceedings (specify) _____ | |
| ☐ Testimony (specify) _____ | |
| ☐ Other (specify) _____ | |

NOTE: Any form that fails to specify in adequate detail those proceedings to be transcribed will be considered deficient.

B. _____ **I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:**

☐ Private funds.
☐ Government expense (civil case). IFP status has been granted and a motion for transcript at government expense has been allowed. (Attach a copy of the order to each copy of this order form.)
☐ Criminal Justice Act. A CJA Form 24 has been approved by the district court judge.
☐ Criminal Justice Act. A CJA Form 24 is attached for authorization by the court of appeals.
☐ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name __Jon Greenbaum__    Filer's Signature _____

Firm/Address __1401 New York Ave, S. te 400, Washington DC__    Filer's Email address __jgreenbaum@lawyerscommittee.org__

Telephone number __202-662-8315__    Date mailed to court reporter __N/A__

(Court Reporter Use ONLY) Date received _____

Form CA1-10 (6/09/09)    **SEE INSTRUCTIONS ON REVERSE**

## CERTIFICATE OF SERVICE

In accordance with Local Rule 25, I hereby certify that this document filed through the ECF system on July 28, 2015 will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ Jon M. Greenbaum
Jon M. Greenbaum