# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 15-1823     **Short Title:** Students for Fair Admissions v. President and Fellows of Harvard College, et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

President and Fellows of Harvard College                                                      as the

[ ] appellant(s)          [✓] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)         [ ] respondent(s)        [ ] intervenor(s)

| | |
|---|---|
| /s/ Seth P. Waxman | July 29, 2015 |
| Signature | Date |
| Seth P. Waxman | |
| Name | |
| Wilmer Cutler Pickering Hale and Dorr LLP | (202) 663-6000 |
| Firm Name (if applicable) | Telephone Number |
| 1875 Pennsylvania Avenue, N.W. | (202) 663-6363 |
| Address | Fax Number |
| Washington, DC  20006 | seth.waxman@wilmerhale.com |
| City, State, Zip Code | Email (required) |

Court of Appeals Bar Number: 70351

Has this case or any related case previously been on appeal?

[✓] No          [ ] Yes   Court of Appeals No._____

================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court.  1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must submit an application for admission with this form. 1st Cir. R. 46.0(a)(2).  Effective January 1, 2010, use of the Case Management/Electronic Case Files (CM/ECF) system is mandatory for all attorneys filing in this court. Counsel may register at http://pacer.psc.uscourts.gov/.