# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.**            **Short Title:**

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

_____ as the

[ ] appellant(s)         [✔] appellee(s)         [ ] amicus curiae

[ ] petitioner(s)        [ ] respondent(s)       [ ] intervenor(s)

/s/ Patrick Strawbridge
Signature

7/30/2015
Date

Patrick Strawbridge
Name

Consovoy McCarthy Park PLLC
Firm Name (if applicable)

617-227-0548
Telephone Number

Ten Post Office Square 8th Floor South PMB #706
Address

Fax Number

Boston, MA  02109
City, State, Zip Code

patrick@consovoymccarthy.com
Email (required)

Court of Appeals Bar Number: 1143599

Has this case or any related case previously been on appeal?

[✔] No          [ ] Yes   Court of Appeals No. _____

=============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**.  New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court.  1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**.  Counsel not yet admitted to practice before this court must promptly submit a bar application.  1st Cir. R. 46.0(a)(2).