# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 15-1823          **Short Title:** SFFA v. Harvard College

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Students for Fair Admissions, Inc.                                                          as the

[ ] appellant(s)          [✔] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)         [ ] respondent(s)        [ ] intervenor(s)

/s/ Patrick Strawbridge                            7/30/2015
Signature                                          Date

Patrick Strawbridge
Name

Consovoy McCarthy Park PLLC                        (617) 227-0548
Firm Name (if applicable)                          Telephone Number

Ten Post Office Square 8th Floor South PMB 706
Address                                            Fax Number

Boston, MA 02109                                   patrick@consovoymccarthy.com
City, State, Zip Code                              Email (required)

Court of Appeals Bar Number: 1143599

Has this case or any related case previously been on appeal?

[✔] No          [ ] Yes   Court of Appeals No. _____

================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).