No. 15-1823

---

**IN THE UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT**

---

STUDENTS FOR FAIR ADMISSIONS, INC.,

*Plaintiff/Appellee*,

v.

PRESIDENT AND FELLOWS OF HARVARD COLLEGE
(HARVARD CORPORATION),

*Defendant/Appellee*,

and

M.B., K.C., Y.D., G.E., A.G., I.G., R.H., J.L., R.S., SARAH COLE, FADHAL MOORE, ARJINI KUMARI NAWAL, ITZEL LIBERTAD VASQUEZ- RODRIGUEZ, AND KEYANNA WIGGLESWORTH,

*Proposed Defendant-Intervenors/Appellants*.

---

**RESPONSE OF STUDENTS FOR FAIR ADMISSIONS, INC. TO APPELLANTS' AMENDED MOTION FOR EXPEDITED REVIEW**

---

Paul M. Sanford (No. 38591)
Burns & Levinson LLP
One Citizens Plaza, Suite 1100
Providence, RI  02903
Tel: 617-345-3000
psanford@burnslev.com

Dated: August 13, 2014

Patrick Strawbridge (No. 1143599)
Consovoy McCarthy Park PLLC
Ten Post Office Square
Boston, MA 02109
Tel: (617) 227-0548
patrick@consovoymccarthy.com

*Counsel for Appellee-Plaintiff SFFA*

This lawsuit involves a challenge to Defendant-Appellee Harvard College's use of race in undergraduate admissions. Appellants—Proposed Defendant-Intervenors below—are current and prospective students favoring Harvard's affirmative action policies (collectively, the "Proposed Intervenors"), who are appealing the district court's June 15, 2015 denial of their Motion to Intervene in Defense of Harvard's Admission Policy. In their Amended Motion for Expedited Review (the "Motion"), the Proposed Intervenors propose a briefing schedule that is inappropriate in the context of this dispute. Plaintiff-Appellee Students for Fair Admissions, Inc. ("SFFA") joins in the request for an expedited appeal, but proposes a schedule without oral argument that actually achieves that goal.

Any delay in the litigation causes substantial harm to SFFA's members, several of whom have lost or will soon lose the opportunity to apply for admission to Harvard free from racial discrimination. Nonetheless, the Proposed Intervenors waited nearly a full month before bringing this appeal and belatedly asked the district court for a stay of the entire case pending its outcome. And while they now profess a desire to expedite their appeal, their proposed schedule hardly does so. The combination of the stay request, the slow appeal, and the request for expedition that will not achieve that result causes substantial harm to SFFA's members—civil-rights plaintiffs who continue to be denied their right to a non-discriminatory admissions process. Moreover, a truly expedited appeal will not

impair the Proposed Intervenors' interests. They have briefed these issues numerous times and there have been no new developments since these issues were fully briefed in the district court. Finally, the purely legal question at issue here is straightforward and easily resolved without oral argument given the largely discretionary standard of review and the district court's thorough and well-reasoned decision. *See* Op. at 16-20 (holding that the Proposed Intervenors did not have a sufficiently protectable interest in the litigation and in any event, that such interests were adequately represented by Harvard).

For these reasons, SFFA respectfully requests that the Court implement the following schedule: Appellants file their opening brief on or before August 31, 2015; Appellees file their responsive briefs on or before Wednesday, September 14, 2015; and Appellants file their reply brief on or before September 21, 2015. Moreover, SFFA respectfully submits that oral argument is unnecessary and that the Proposed Intervenors' appeal should be decided on the briefs.

Respectfully submitted,

By: s/ Patrick Strawbridge

| | |
|---|---|
| Paul M. Sanford (No. 38591) | Patrick Strawbridge (No. 1143599) |
| Burns & Levinson LLP | Consovoy McCarthy Park PLLC |
| One Citizens Plaza, Suite 1100 | Ten Post Office Square |
| Providence, RI 02903 | Boston, MA 02109 |
| Tel: 617-345-3000 | Tel: (617) 227-0548 |
| psanford@burnslev.com | patrick@consovoymccarthy.com |
| | |
| Dated: August 13, 2014 | *Counsel for Appellee-Plaintiff SFFA* |

2

## CERTIFICATE OF SERVICE

      I hereby certify that, on August 13, 2015, I electronically filed the foregoing document with the United States Court of Appeals for the First Circuit by using the appellate CM/ECF system. I certify that service will be accomplished by the appellate CM/ECF system.

      Respectfully submitted,

      By: s/ Patrick Strawbridge

Patrick Strawbridge (No. 1143599)
Consovoy McCarthy Park PLLC
Ten Post Office Square
Boston, MA 02109
Tel: (617) 227-0548
patrick@consovoymccarthy.com

*Counsel for Appellee-Plaintiff SFFA*

3