No. 15-1823

# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

STUDENTS FOR FAIR ADMISSIONS, INC.,
*Plaintiff-Appellee*,

v.

PRESIDENT AND FELLOWS OF HARVARD COLLEGE,
*Defendant-Appellee*,

and

SARAH COLE, FADHAL MOORE, ARJINI KUMARI NAWAL, ITZEL VASQUEZ-RODRIGUEZ, KEYANNA WIGGLESWORTH, M.B., K.C., Y.D., G.E., A.G., I.G., R.H., J.L., and R.S.,
*Movants-Appellants*.

On Appeal from the United States District Court
for the District of Massachusetts, No. 14-cv-14176
Before the Honorable Allison D. Burroughs

**RESPONSE OF PRESIDENT AND FELLOWS OF HARVARD COLLEGE TO APPELLANTS' AMENDED MOTION FOR EXPEDITED REVIEW**

FELICIA H. ELLSWORTH
ERIC F. FLETCHER
WILMER CUTLER PICKERING
 HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000

SETH P. WAXMAN
PAUL R.Q. WOLFSON
DANIEL WINIK
WILMER CUTLER PICKERING
 HALE AND DORR LLP
1875 Pennsylvania Ave., NW
Washington, DC 20006
(202) 663-6000

August 14, 2015

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1, Defendant-Appellee President and Fellows of Harvard College certifies that it is a non-profit corporation with no parent corporation and that no public company owns any interest in it.

President and Fellows of Harvard College ("Harvard") takes no position as to whether this appeal should be expedited.  If the Court agrees to grant expedited consideration, Harvard would regard the briefing and argument schedule proposed by Appellants as reasonable.

Harvard opposes, however, the even more abbreviated briefing schedule proposed by Students for Fair Admissions, Inc. ("SFFA"), which would permit only two weeks for the responsive briefs rather than the three weeks proposed by Appellants.  If SFFA believed that it would genuinely be prejudiced by a fourteen-day difference in the briefing schedule (between its proposal and Appellants'), it could have filed its own motion to expedite this appeal.  Having failed to do so, SFFA cannot reasonably demand that the other parties adhere to a needlessly and exceptionally abbreviated briefing schedule.

Respectfully submitted.

|  |  |
|---|---|
| FELICIA H. ELLSWORTH<br>ERIC F. FLETCHER<br>WILMER CUTLER PICKERING<br>    HALE AND DORR LLP<br>60 State Street<br>Boston, MA  02109<br>(617) 526-6000 | /s/ Seth P. Waxman<br>SETH P. WAXMAN<br>PAUL R.Q. WOLFSON<br>DANIEL WINIK<br>WILMER CUTLER PICKERING<br>    HALE AND DORR LLP<br>1875 Pennsylvania Ave., NW<br>Washington, DC  20006<br>(202) 663-6000 |

August 14, 2015

## CERTIFICATE OF SERVICE

      I hereby certify that on this 14th day of August, 2015, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the First Circuit using the appellate CM/ECF system. Counsel for all parties to the case are registered CM/ECF users and will be served by the appellate CM/ECF system.

    /s/ Seth P. Waxman
SETH P. WAXMAN
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Ave., NW
Washington, DC  20006
(202) 663-6000