# United States Court of Appeals
## For the First Circuit

No. 15-1823

STUDENTS FOR FAIR ADMISSIONS, INC.,

Plaintiff, Appellee,

v.

PRESIDENT AND FELLOWS OF HARVARD COLLEGE,

Defendant,

SARAH COLE; FADHAL MOORE; ARJINI KUMARI NAWAL;
ITZEL VASQUEZ-RODRIGUEZ; KEYANNA WIGGLESWORTH;
M.B.; K.C.; Y.D.; G.E.; A.G.; I.G.; R.H.; J.L.; R.S.,

Movants, Appellants.

**ORDER OF COURT**

Entered: August 18, 2015

The motion for expedited appeal is granted, and Appellant's proposed briefing schedule is accepted. In accordance with that schedule, the briefs shall be filed and served in the manner specified in the schedule by the following dates:

Appellants' opening brief -- September 2, 2015

Appellees' response briefs -- September 23, 2015

Appellants' reply brief-- October 5, 2015

The decision as to whether to grant oral argument is deferred pending completion of briefing.

In light of the expedited briefing schedule, the paper copies of the briefs shall be put in the mail for overnight delivery on the same date that the briefs are electronically filed.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Benjamin Caldwell
John Connolly
William Consovoy
Thomas McCarthy
Paul Sanford
Patrick Strawbridge
Debo P. Adegbile
Felicia Ellsworth
Eric F. Fletcher
Daniel Winik
Seth Waxman
Paul R.Q. Wolfson
Lawrence Culleen
Jon M. Greenbaum
Rahsaan Hall
Steven L. Mayer
Nancy Perkins