# United States Court of Appeals
## For the First Circuit

## NOTICE OF APPEARANCE

No. 15-1823          Short Title: Students for Fair Admissions

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
Sarah Cole; Fadhal Moore; Arjini Kumari Nawal; Itzel Vasquez-Rodriguez; Keyanna Wigglesworth; M.B.; K.C.; Y.D.; G.E.; A.G.; as the

[✓] appellant(s)          [ ] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)         [ ] respondent(s)        [ ] intervenor(s)

_____          September 1, 2015
Signature                                Date

Lawrence E. Culleen
Name

Arnold & Porter LLP                     202.942.5477
Firm Name (if applicable)               Telephone Number

555 Twelfth Street, N.W.                202.942.5999
Address                                 Fax Number

Washington, DC  20004                   Lawrence.Culleen@aporter.com
City, State, Zip Code                   Email (required)

Court of Appeals Bar Number: 1171295

Has this case or any related case previously been on appeal?

[✓] No          [ ] Yes   Court of Appeals No._____

---

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

Notice of Appearance (cont.)

No. 15-1823

Continuation of names of all parties represented:

I.G.; R.H.; J.L.; R.S.