# United States Court of Appeals
## For the First Circuit

No. 15-1823

STUDENTS FOR FAIR ADMISSIONS, INC.

Plaintiff - Appellee

v.

PRESIDENT AND FELLOWS OF HARVARD COLLEGE

Defendant - Appellee

SARAH COLE; FADHAL MOORE; ARJINI KUMARI NAWAL; ITZEL VASQUEZ-RODRIGUEZ; KEYANNA WIGGLESWORTH; M.B.; K.C.; Y.D.; G.E.; A.G.; I.G.; R.H.; J.L.; R.S.

Movants - Appellants

THE BOARD OF BAR OVERSEERS OF HARVARD COLLEGE

Defendant

**NOTICE**

Issued: September 1, 2015

    Our records indicate that the attorneys listed below have not registered for an appellate ECF account in this court. Any attorney who intends to file documents in this case must register immediately with PACER for an appellate ECF Filer account. An attorney who does not intend to file documents but wishes to receive immediate notice of docket activity in this case can select the option "other (not a public filer)" when they register. For more details regarding registration, please go to our website, www.ca1.uscourts.gov, and select "CM/ECF (Electronic Filing)."

    If you do not represent a party to this appeal and want to be removed from the service list, you may file a "Request for Removal from Service List." A copy of this form may be found on our on our website, www.ca1.uscourts.gov, located under "Forms & Instructions."

    **After September 15, 2015, the clerk's office will no longer send notice of court-issued documents to the following attorneys unless they register for an appellate ECF account.**

John Michael Connolly
Thomas R. McCarthy
Rahsaan D. Hall
Priya A. Lane

                                       Margaret Carter, Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210
Case Manager:  Christine   - (617) 748-9026


cc:
Debo P. Adegbile
Benjamin C. Caldwell
John Michael Connolly
William Consovoy
Lawrence E. Culleen
Felicia H. Ellsworth
Eric F. Fletcher
Jon M. Greenbaum
Rahsaan D. Hall
Priya A. Lane
Steven L. Mayer
Thomas R. McCarthy
Nancy Leeds Perkins
Paul M. Sanford
Patrick N. Strawbridge
Seth P. Waxman
Daniel Winik
Paul R.Q. Wolfson