# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 15-1823        **Short Title:** Students for Fair Admissions

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Sarah Cole; Fadhal Moore; Arjini Kumari Nawal; Itzel Vasquez-Rodriguez; Keyanna Wigglesworth; M.B.; K.C.; Y.D.; G.E.; A.G.... as the

[✔] appellant(s)        [ ] appellee(s)        [ ] amicus curiae

[ ] petitioner(s)        [ ] respondent(s)        [ ] intervenor(s)

Signature: *[signature]*        Date: 09/01/2015

Name: Ivan Espinoza-Madrigal

Firm Name (if applicable): Lawyers' Committee for Civil Rights and Economic Justice
Telephone Number: 617-988-0624

Address: 294 Washington St. Suite 443
Fax Number: 617-482-4392

City, State, Zip Code: Boston, MA 02108
Email (required): iespinoza@lawyerscom.org

Court of Appeals Bar Number: 1171237

Has this case or any related case previously been on appeal?

[✔] No        [ ] Yes    Court of Appeals No. _____

===================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

# United States Court of Appeals

# For the First Circuit

## Notice of Appearance

### Addendum

Additional Parties on whose behalf Ivan Espinoza-Madrigal is entering an appearance:

I.G.; R.H.; J.L.; R.S.