# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

No. 15-1823          Short Title: Students for Fair Admissions v. President and Fellows, et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
Sarah Cole; Fadhal Moore; Arjini Kumari; Itzel Velasquez-Rodriguez; Keyanna Wigglesworth; M.B.; K.C.; Y.D.; G.E.; A.G; as the

[✓] appellant(s)          [ ] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)         [ ] respondent(s)        [ ] intervenor(s)

_____          September 9, 2015
Signature                                Date

Steven L. Mayer
Name

Arnold & Porter LLP                      415.471.3163
Firm Name (if applicable)                Telephone Number

Three Embarcadero Center, 10th Floor     415.471.3400
Address                                  Fax Number

San Francisco, CA 94111                  steven.mayer@aporter.com
City, State, Zip Code                    Email (required)

Court of Appeals Bar Number: 1171297

Has this case or any related case previously been on appeal?

[✓] No          [ ] Yes   Court of Appeals No. _____

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

Notice of Appearance (cont.)
Case Name: Students for Fair Admissions v. President and Fellows, et al.
Case No.: 15-1823
Page 2 of 2


Continuation of names of all parties represented: I.G; R.H.; J.L.; R.S.