## RULE 26.1 DISCLOSURE STATEMENT

Appellee Students for Fair Admissions, Inc., is a non-profit corporation organized under the laws of Virginia. It has no parent corporation, and no publicly held corporation owns 10% or more of its stock.