# United States Court of Appeals
## For the First Circuit

No. 15-1823

STUDENTS FOR FAIR ADMISSIONS, INC.

Plaintiff - Appellee

v.

PRESIDENT AND FELLOWS OF HARVARD COLLEGE

Defendant - Appellee

SARAH COLE; FADHAL MOORE; ARJINI KUMARI NAWAL; ITZEL VASQUEZ-RODRIGUEZ; KEYANNA WIGGLESWORTH; M.B.; K.C.; Y.D.; G.E.; A.G.; I.G.; R.H.; J.L.; R.S.

Movants - Appellants

THE BOARD OF BAR OVERSEERS OF HARVARD COLLEGE

Defendant

**CALENDARING NOTICE**

Issued: October 13, 2015

This case is presently scheduled to be called for oral argument on **November 05, 2015** at **9:30 a.m.** in **Boston, MA**. There will be no continuance except for grave cause.

On or before Monday, October 19, 2015, counsel for each party should advise this office of the name of the person who will be presenting oral argument by completing and filing the [Designation Form](#) available on the court's website at www.ca1.uscourts.gov. If counsel presenting oral argument has not yet entered an appearance, counsel must file an appearance and motion in accordance with 1st Cir. R. 12.0(a) with the Designation Form.

The identity of the panel, as well as the time allotted for oral argument, will be posted on the Court Calendar page of the court's website one week prior to the date of oral argument. Where there is more than one party on a side, the courtroom deputy will contact counsel about dividing the argument time.

**Arguing counsel must arrive at least 15 minutes before court convenes and should proceed directly to the courtroom and check-in with the courtroom deputy.** Once counsel begins to argue, the courtroom deputy sets the signal lights. The light turns amber when counsel has five minutes left to argue. The light turns red (and a beep sounds) when counsel's argument time has expired.

Recordings of all proceedings in cases by parties before the court will be made available online unless the court orders otherwise or the court closes the proceedings to the public. Counsel therefore should consider the privacy implications of this before argument.

On occasion, cases scheduled for oral argument are removed from the calendar before the scheduled date. The oral argument calendar is frequently prepared before the judges have completed their review of the briefs. Therefore, if the panel ultimately concludes that argument is not warranted in a particular case, that case will be removed from the argument calendar. In such circumstances, the clerk's office will endeavor to notify counsel as promptly as possible.

Any inquiries about oral argument may be addressed to the Calendaring Clerk, Laura Michalski, 617-748-9069.

By the Court:

/s/ Margaret Carter, Clerk


cc:
Debo P. Adegbile
Benjamin C. Caldwell
John Michael Connolly
William Consovoy
Lawrence E. Culleen
Felicia H. Ellsworth
Ivan Espinoza-Madrigal
Eric F. Fletcher
Jon M. Greenbaum
Rahsaan D. Hall
Priya A. Lane
Steven L. Mayer
Thomas R. McCarthy
Nancy Leeds Perkins
Paul M. Sanford
Patrick N. Strawbridge
Seth P. Waxman
Daniel Winik
Paul R.Q. Wolfson