# United States Court of Appeals
## For the First Circuit

**Designation of Attorney Presenting Oral Argument**

**Counsel who intend to present oral argument to the court must file this form no later than two weeks prior to oral argument.**

Counsel presenting oral argument must be admitted to practice before this court and must have entered an appearance in the case. Counsel who have not entered an appearance must file an appearance and a motion for leave pursuant to Loc. R. 12.0(a) with this designation.

Appeal No.: 15-1823

Case Name: Students for Fair Admissions, Inc. v. President and Fellows of Harvard College

Date of Argument: November 5, 2015

Location of Argument: ✓ Boston    ☐ Puerto Rico    ☐ Other: _____

Name and appellate designation of the party(ies) you will be arguing on behalf of:
Appellee President and Fellows of Harvard College

Attorney Name: Seth P. Waxman         First Circuit Bar No.: 70351

Phone Number: (202) 663-6000          Fax Number: (202) 663-6363

Email: seth.waxman@wilmerhale.com

Check the box that applies:

✓ I have already filed an appearance in this matter.

☐ I am filing my appearance form and a motion in accordance with Loc. R. 12.0(a) contemporaneously with this form.

/s/ Seth P. Waxman                    October 13, 2015
(Signature)                           (Date)

PLEASE NOTE:   Only arguing counsel will be notified by phone when the opinion is released.