# United States Court of Appeals
## For the First Circuit

**Designation of Attorney Presenting Oral Argument**

**Counsel who intend to present oral argument to the court must file this form no later than two weeks prior to oral argument.**

Counsel presenting oral argument <u>must</u> be admitted to practice before this court and <u>must</u> have entered an appearance in the case. Counsel who have not entered an appearance <u>must</u> file an appearance and a motion for leave pursuant to Loc. R. 12.0(a) with this designation.

Appeal No.: 15-1823

Case Name: Students for Fair Admissions, Inc. v. President and Fellows of Harvard College

Date of Argument: November 5, 2015

Location of Argument: ☑ Boston   ☐ Puerto Rico   ☐ Other: _____

Name and appellate designation of the party(ies) you will be arguing on behalf of:
Students for Fair Admissions, Inc. (Appellee)

Attorney Name: Patrick Strawbridge          First Circuit Bar No.: 1143599

Phone Number: (617) 227-0548                Fax Number: _____

Email: patrick@consovoymccarthy.com

Check the box that applies:

☑ I have already filed an appearance in this matter.

☐ I am filing my appearance form and a motion in accordance with Loc. R. 12.0(a) contemporaneously with this form.

s/ Patrick Strawbridge                      October 18, 2015
(Signature)                                  (Date)

PLEASE NOTE: Only arguing counsel will be notified by phone when the opinion is released.