No. 15-1823

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

STUDENTS FOR FAIR ADMISSIONS, INC.,
Plaintiff – Appellee,
v.
PRESIDENT AND FELLOWS OF HARVARD COLLEGE (HARVARD CORPORATION),
Defendant – Appellee;

SARAH COLE, FADHAL MOORE, ARJINI KUMARI NAWAL, ITZEL VASQUEZ-RODRIGUEZ, KEYANNA WIGGLESWORTH, M.B., K.C., Y.D., G.E., A.G., I.G., R.H., J.L., R.S.,
Movants – Appellants.

_____

On Appeal from the United States District Court
for the District of Massachusetts

_____

**MOTION FOR LEAVE TO FILE NOTICE OF APPEARANCE ON BEHALF OF MOVANTS – APPELLANTS**

_____

                                                          Taylor M. Owings
                                                          First Circuit # 1172411
                                                          ARNOLD & PORTER LLP
                                                          601 Massachusetts Ave., NW
                                                          Washington, D.C. 20001
                                                          Tel: (202) 942-6508

October 19, 2015                                      *Attorney for Movants-Appellants*

Pursuant to First Circuit Rule 12, Taylor M. Owings comes now requesting permission to appear in the above-captioned matter on behalf of Appellants Sarah Cole, Fadhal Moore, Arjini Kumari Nawal, Itzel Libertad Vasquez-Rodriguez, Keyanna Wigglesworth, M.B., K.C., Y.D., G.E., A.G., I.G., R.H., J.L., and R.S. ("the Students").  The Students wish to designate me to present oral argument in this matter on the date set by the Court, November 5th, 2015.  Due to the expedited nature of this appeal, I was not able to enter an appearance prior to Appellees' submitting their briefs.  I therefore request the Court grant me leave to appear and designate me to present oral argument on behalf of the Students.  I attach my appearance form and am filing contemporaneously the form for designating the attorney presenting oral argument.

Dated: October 19, 2015

Respectfully submitted,

s/ Taylor M. Owings
Taylor M. Owings
First Circuit # 1172411
ARNOLD & PORTER LLP
601 Massachusetts Ave., NW
Washington, D.C. 20001
Tel: (202) 942-6508

*ATTORNEY FOR MOVANTS – APPELLANTS*

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2015, I electronically filed the foregoing document with the United States Court of Appeals for the First Circuit by using the appellate CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

<u>s/ Taylor M. Owings</u>
Taylor M. Owings

*ATTORNEY FOR MOVANTS – APPELLANTS*

October 19, 2015