# United States Court of Appeals
## For the First Circuit

## NOTICE OF APPEARANCE

**No.** 15-1823  **Short Title:** Students for Fair Admissions

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*: <u>Sarah Cole, et al. (see attached sheet)</u> as the

[✔] appellant(s)  [ ] appellee(s)  [ ] amicus curiae

[ ] petitioner(s)  [ ] respondent(s)  [ ] intervenor(s)

_____  10/19/15
Signature                    Date

<u>Taylor Owings</u>
Name

<u>Arnold & Porter LLP</u>          <u>202-942-6508</u>
Firm Name (if applicable)         Telephone Number

<u>601 Massachusetts Ave. NW</u>    <u>202-942-5999</u>
Address                           Fax Number

<u>Washington, DC 20001</u>         <u>taylor.owings@aporter.com</u>
City, State, Zip Code             Email (required)

Court of Appeals Bar Number: <u>1172411</u>

Has this case or any related case previously been on appeal?

[✔] No    [ ] Yes  Court of Appeals No._____

===============================================================

Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

Counsel must complete and file this notice of appearance in order to file pleadings in this court. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

Full list of Movants-Appellants represented:

Sarah Cole
Fadhal Moore
Arjini Kumari Nawal
Itzel Vasquez-Rodriguez
Keyanna Wigglesworth
M.B.
K.C.
Y.D.
G.E.
A.G.
I.G.
R.H.
J.L.
R.S.