# United States Court of Appeals
## For the First Circuit

No. 15-1823

STUDENTS FOR FAIR ADMISSIONS, INC.

Plaintiff - Appellee

v.

PRESIDENT AND FELLOWS OF HARVARD COLLEGE

Defendant - Appellee

THE BOARD OF BAR OVERSEERS OF HARVARD COLLEGE

Defendant

SARAH COLE; FADHAL MOORE; ARJINI KUMARI NAWAL; ITZEL VASQUEZ-RODRIGUEZ; KEYANNA WIGGLESWORTH; M.B.; K.C.; Y.D.; G.E.; A.G.; I.G.; R.H.; J.L.; R.S.

Movants - Appellants

**ORDER OF COURT**

Entered: October 20, 2015
Pursuant to 1st Cir. R. 27.0(d)

Attorney Taylor M. Owings' motion to file an appearance in the above noted matter is allowed.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Debo P. Adegbile
Benjamin C. Caldwell
John M. Connolly
William Consovoy
Lawrence E. Culleen

Felicia H. Ellsworth
Ivan Espinoza-Madrigal
Eric F. Fletcher
Jon M. Greenbaum
Rahsaan D. Hall
Priya A. Lane
Steven L. Mayer
Thomas R. McCarthy
Nancy Leeds Perkins
Paul M. Sanford
Patrick N. Strawbridge
Seth P. Waxman
Daniel Winik
Paul R.Q. Wolfson
Taylor M. Owings