# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 15-1823        **Short Title:** Students for Fair Admissions

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

<u>Sarah Cole, et al. (see attached sheet)</u> as the

[✔] appellant(s)         [ ] appellee(s)         [ ] amicus curiae

[ ] petitioner(s)        [ ] respondent(s)       [ ] intervenor(s)

<u>[signature]</u>                                  <u>10/19/15</u>
Signature                                         Date

<u>Taylor Owings</u>
Name

<u>Arnold & Porter LLP</u>              <u>202-942-6508</u>
Firm Name (if applicable)              Telephone Number

<u>601 Massachusetts Ave. NW</u>        <u>202-942-5999</u>
Address                                Fax Number

<u>Washington, DC 20001</u>             <u>taylor.owings@aporter.com</u>
City, State, Zip Code                  Email (required)

Court of Appeals Bar Number: <u>1172411</u>

Has this case or any related case previously been on appeal?

[✔] No        [ ] Yes   Court of Appeals No. _____

================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

<u>Full list of Movants-Appellants represented:</u>

Sarah Cole
Fadhal Moore
Arjini Kumari Nawal
Itzel Vasquez-Rodriguez
Keyanna Wigglesworth
M.B.
K.C.
Y.D.
G.E.
A.G.
I.G.
R.H.
J.L.
R.S.