# United States Court of Appeals
## For the First Circuit

### Designation of Attorney Presenting Oral Argument

**Counsel who intend to present oral argument to the court must file this form no later than two weeks prior to oral argument.**

Counsel presenting oral argument <u>must</u> be admitted to practice before this court and <u>must</u> have entered an appearance in the case. Counsel who have not entered an appearance <u>must</u> file an appearance and a motion for leave pursuant to Loc. R. 12.0(a) with this designation.

Appeal No.: 15-1823

Case Name: Students for Fair Admissions, Inc. v. President and Fellows of Harvard College

Date of Argument: 11/05/2015

Location of Argument: ☑ Boston  ☐ Puerto Rico  ☐ Other: _____

Name and appellate designation of the party(ies) you will be arguing on behalf of:
Sarah Cole, Fadhal Moore, Arjini Kumari Nawal, Itzel Vasquez-Rodriguez, Keyanna Wigglesworth, M.B., K.C., Y.D., G.E., A.G., I.G., R.H., J.L., R.S. (Appellants)

Attorney Name: Taylor Owings         First Circuit Bar No.: 1172411

Phone Number: 202-942-6508           Fax Number: 202-942-5999

Email: taylor.owings@aporter.com

Check the box that applies:

☐ I have already filed an appearance in this matter.

☑ I am filing my appearance form and a motion in accordance with Loc. R. 12.0(a) contemporaneously with this form.

_____         10/19/15
       (Signature)                     (Date)

PLEASE NOTE: Only arguing counsel will be notified by phone when the opinion is released.