No. 15-1823
_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

STUDENTS FOR FAIR ADMISSIONS, INC.,
Plaintiff – Appellee,
v.
PRESIDENT AND FELLOWS OF HARVARD COLLEGE (HARVARD CORPORATION),
Defendant – Appellee;

SARAH COLE, FADHAL MOORE, ARJINI KUMARI NAWAL, ITZEL VASQUEZ-RODRIGUEZ, KEYANNA WIGGLESWORTH, M.B., K.C., Y.D., G.E., A.G., I.G., R.H., J.L., R.S.,
Movants – Appellants.
_____

On Appeal from the United States District Court
for the District of Massachusetts
_____

**LETTER ON BEHALF OF MOVANT-APPELLANT M.B.**
_____

On November 5, 2015, the Court heard oral argument in this appeal from the district court's order denying Movants-Appellants' request to intervene in defense of Harvard's right to consider race in admissions. Movant-appellant M.B. files this letter, through counsel, in order to inform the Court that she has now submitted her

application for admission to the Harvard College Class of 2020.

Dated: November 12, 2015                                 Respectfully submitted,

                                                         s/   Taylor M. Owings
                                                         Taylor M. Owings
                                                         First Circuit # 1172411
                                                         ARNOLD & PORTER, LLP
                                                         601 Massachusetts Ave., NW
                                                         Washington, D.C. 20001
                                                         Tel: (202) 942-5000

                                                         *ATTORNEY FOR MOVANTS –
                                                         APPELLANTS*

## CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2015, I electronically filed the foregoing document with the United States Court of Appeals for the First Circuit by using the appellate CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

　　　　　　　　　　　　　　　　　s/   Taylor M. Owings
　　　　　　　　　　　　　　　　　Taylor M. Owings

　　　　　　　　　　　　　　　　　*ATTORNEY FOR MOVANTS – APPELLANTS*

　　　　　　　　　　　　　　　　　November 12, 2015