# United States Court of Appeals
## For the First Circuit

---

No. 15-1823

STUDENTS FOR FAIR ADMISSIONS, INC.,

Plaintiff, Appellee,

v.

PRESIDENT AND FELLOWS OF HARVARD COLLEGE (HARVARD CORPORATION),

Defendant, Appellee;

SARAH COLE; FADHAL MOORE; ARJINI KUMARI NAWAL; ITZEL VASQUEZ-RODRIGUEZ; KEYANNA WIGGLESWORTH; M.B.; K.C.; Y.D.; G.E.; A.G.; I.G.; R.H.; J.L.; R.S.,

Movants, Appellants.

---

**JUDGMENT**

Entered: December 9, 2015

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's judgment is affirmed.

By the Court:

/s/ Margaret Carter, Clerk

cc: Mr. Adegbile, Mr. Caldwell, Mr. Connolly, Mr. Consovoy, Mr. Culleen, Ms. Ellsworth, Mr. Espinoza-Madrigal, Mr. Fletcher, Mr. Greenbaum, Mr. Hall, Ms. Lane, Mr. Mayer, Mr. McCarthy, Mr. Owings, Ms. Perkins, Mr. Sanford, Mr. Strawbridge, Mr. Waxman, Mr. Winik & Mr. Wolfson.