# United States Court of Appeals
## For the First Circuit

No. 15-1823

STUDENTS FOR FAIR ADMISSIONS, INC.

Plaintiff - Appellee

v.

PRESIDENT AND FELLOWS OF HARVARD COLLEGE

Defendant - Appellee

THE BOARD OF BAR OVERSEERS OF HARVARD COLLEGE

Defendant

SARAH COLE; FADHAL MOORE; ARJINI KUMARI NAWAL; ITZEL VASQUEZ-RODRIGUEZ; KEYANNA WIGGLESWORTH; M.B.; K.C.; Y.D.; G.E.; A.G.; I.G.; R.H.; J.L.; R.S.

Movants - Appellants

**MANDATE**

Entered: December 31, 2015

In accordance with the judgment of December 9, 2015, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Debo P. Adegbile
Benjamin C. Caldwell
John Michael Connolly
William Consovoy
Lawrence E. Culleen

Felicia H. Ellsworth
Ivan Espinoza-Madrigal
Eric F. Fletcher
Jon M. Greenbaum
Rahsaan D. Hall
Priya A. Lane
Steven L. Mayer
Thomas R. McCarthy
Taylor Owings
Nancy Leeds Perkins
Paul M. Sanford
Patrick N. Strawbridge
Seth P. Waxman
Daniel Winik
Paul R.Q. Wolfson